# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:93CR00044-01 |
| ) | |
| Roger Dale DALTON ) | |
| ) | |

**LEGAL HISTORY:**

On February 8, 1995, the above-named was placed on supervised release for a period of 5 years, which commenced on January 4, 2002. Special conditions included a requirement for warrantless search and drug treatment and testing.

**SUMMARY OF COMPLIANCE:**

Roger Dalton has lived in the Northern District of Georgia since his release from the Bureau of Prisons. He has maintained employment and a steady residence with no instances of new criminal behavior. He has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the supervising probation officer in the Northern District of Georgia that Roger Dalton has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 03/2005
EARLITRM.MRG

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ karen a. meusling
**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated:   February 14, 2006
         Sacramento, California

KAM:kam

cc:   AUSA Laurel White (Pursuant to Rule 32, notice of proposed relief to the supervised releasee was provided. The AUSA has no objection to early termination of supervised release.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:93CR00044-01** |
| ) | |
| **Roger Dale DALTON** ) | |
| ) | |

On February 8, 1995, the above-named was placed on supervised release for a period of 5 years. Dalton has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ karen a. meusling
**Karen A. Meusling
Supervising United States Probation Officer**

Dated:        February 14, 2006
              Sacramento, California

---

**ORDER OF COURT**

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  February 15, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

KAM:kam
Attachment:    Recommendation

3

Rev. 03/2005
PROB35.MRG

**Re:    Roger Dale DALTON**
**       Docket Number:   2:93CR00044-01**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**


cc:    United States Attorney's Office